FISHER & PHILLIPS LLP
MARK J. RICCIARDI
Nevada Bar No. 3141
ELIZABETH ANNE HANSON, ESQ.
Nevada Bar No. 16249
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: mricciardi@fisherphillips.com
E-Mail Address: ehanson@fisherphillips.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANE DOE, an Individual, | Case No.: 2:25-cv-00449-CDS-MDC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |
| BERRY GLOBAL, INC., and BERRY PLASTICS OPCO, INC., and DOES 1 through 50, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendants, Berry Global, Inc. and Berry Plastics OPCO, Inc. ("Defendants"), will have an extension of time until **March 31, 2025** to answer or otherwise respond to Plaintiff's Complaint on file herein. Due to other case deadlines and workload obligations, defense counsel needs additional time to review and evaluate the case. For the same reasons, in the event that Defendants respond with a motion, Plaintiff will have an extension of time up to and including **April 30, 2025** to oppose.

///

///

///

///

///

///

FP 54209526.1

1   This is the first request for an extension of time to respond to the Complaint.

2   Dated this 18th day of March, 2025.

3   RAFII & ASSOCIATES, P.C.              FISHER & PHILLIPS LLP

5   By: /s/ *Rachel Mariner*                By: /s/ *Elizabeth A. Hanson, Esq.*
    Rachel Mariner, Esq.                    Mark J. Ricciardi, Esq.
6   Jason Kuller, Esq.                      Elizabeth Anne Hanson, Esq.
    1120 N. Town Center Dr., Suite 130      300 South Fourth Street
7   Las Vegas, NV 89144                     Suite 1500
    *Attorneys for Plaintiff*               Las Vegas, NV 89101
8                                           *Attorneys for Defendant*

10                  IT IS SO ORDERED:

14   _____
     Hon. Maximiliano D. Couvillier III
     United States Magistrate Judge
15   DATED: 3/26/2025

FP 54209526.1