

Rachel Mariner, NV Bar No. 16728
Jason Kuller, NV Bar No. 12244
Roberto Montes, Jr. CA Bar No. 159137 (*pro hac vice*)
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
rachel@rafiilaw.com
jason@rafiilaw.com
robert@rafiilaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>   v.<br><br>BERRY GLOBAL, INC., and BERRY PLASTICS OPCO, INC., and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 2:25-cv-00449-CDS-MDC<br><br>**STIPULATION TO EXTEND TIME TO DISCLOSE EXPERT WITNESSES**<br><br>**(FIRST REQUEST)** |

Plaintiff Jane Doe ("Plaintiff"), by and through her attorney of record, Rachel Mariner, Esq. and Robert Montes, Jr., of Rafii & Associates, P.C., and Defendants Berry Global, Inc., and Berry Plastics OPCO, Inc., (collectively "Defendants"), by and through their attorneys of record, Elizabeth A. Hanson, Esq. and Megan R. U'Sellis, Esq. of Fisher & Phillips, LLP, hereby stipulate to extend certain deadlines (as addressed below) to the Stipulated Discovery Plan and Scheduling Order (ECF 17) (the "Order"). This is the first stipulation to extend these deadlines.

On April 30, 2025, the Court entered an Order that mandated experts shall be disclosed by July 31, 2025, rebuttal experts be disclosed no later than September 1, 2025, the completion of discovery on September 29, 2025 and the filing of dispositive motions on October 29, 2025.

1

PLAINTIFF'S RESPONSES TO US LOAD SERVICE, INC.'S FORM INTERROGATORIES, ONE

1   On May 30, 2025, the Court set an in-person Early Neutral Evaluation ("ENE") that is to be conducted on July 31, 2025 (ECF 20).  To date, the Parties have exchanged Initial Disclosures and written discovery requests.  The Parties have not yet identified experts or engaged in deposition discovery.

Whereas, the Parties hope the ENE will be successful and in order to control additional costs in advance of the ENE, respectfully request the date to disclose experts be continued for 30 days, until August 29, 2025, and that rebuttal expert designations be similarly continued from September 1, 2025, until September 30, 2025. The Parties further request that the deadline for completion of discovery be extended until October 29, 2025, and that the deadline for the filing of dispositive motions be extended until November 28, 2025.  The Order provides "[i]n the further event that the discovery period is extended from the discovery cut-off date set forth in the Stipulated Discovery Pan and Scheduling Order, the date for filing the Pretrial Order shall be extended in accordance with the time period set forth in this paragraph." Thus, the Parties request an extension pursuant to the Order of the deadline to file the Pretrial Order to December 29, 2025.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Good cause exists for this extension as the Parties anticipate that this cost-saving measure can lead to a productive ENE. This request is made in good faith and not for the purpose of delay.

Dated this 22ND day of July, 2025.

RAFII & ASSOCIATES, P.C.

/s/ *Rachel Mariner*
Rachel Mariner, NV Bar No. 16728
Jason Kuller, NV Bar No. 12244
Roberto Montes, Jr., CA Bar No. 159137
1120 N. Town Center Drive, Ste. 130
Las Vegas, Nevada 89144

*Attorneys for Plaintiff*
*JANE DOE*

FISHER & PHILLIPS LLP

/s/ *Megan R. U'Sellis* **(w/permission)**
Elizabeth A. Hanson, NV Bar No. 16249
Megan R. U'Sellis (Pro Hac Vice)
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*BERRY GLOBAL, INC.* AND *BERRY PLASTICS OPCO, INC.*

**ORDER**

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 7/28/2025

3
**STIPULATION TO EXTEND TIME TO DISCLOSE EXPERT WITNESSES**
FP 55685958.1