Rachel Mariner, NV Bar No. 16728
Jason Kuller, NV Bar No. 12244
Roberto Montes, Jr. CA Bar No. 159137 (*pro hac vice*)
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
rachel@rafiilaw.com
jason@rafiilaw.com
robert@rafiilaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, | Case No. 2:25-cv-00449-CDS-MDC |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO DISCLOSE EXPERT WITNESSES** |
| BERRY GLOBAL, INC., and BERRY PLASTICS OPCO, INC., and DOES 1 through 50, inclusive, | **(SECOND REQUEST)** |
| Defendants. | |

Plaintiff Jane Doe ("Plaintiff"), by and through her attorneys of record, Rachel Mariner, Esq. and Roberto Montes, Jr., of Rafii & Associates, P.C., and Defendants Berry Global, Inc., and Berry Plastics OPCO, Inc. (collectively "Defendants"), by and through their attorneys of record, Elizabeth A. Hanson, Esq. and Megan R. U'Sellis, Esq. of Fisher & Phillips, LLP, hereby stipulate to extend certain deadlines (as addressed below) in the Stipulated Discovery Plan and Scheduling Order (ECF 17) (the "Order"). This is the second stipulation to extend these deadlines.

On July 28, 2025, the Court granted the Parties' stipulation to extend time to disclose expert witness (first request) (ECF 36). Pursuant to that Order, the Parties' deadline to disclose experts was extended to August 29, 2025, and the completion of discovery to October 29, 2025.

On July 31, 2025, the Court conducted the Parties' Early Neutral Evaluation ("ENE"). At

1

**STIPULATION TO EXTEND TIME TO DISCLOSE EXPERT WITNESSES**

the ENE, the Court determined that additional discovery was necessary before further settlement discussions could be productive. Accordingly, the ENE was continued to October 10, 2025 (ECF 38). Since the ENE, the Parties are currently engaging in discovery including exchanging written discovery requests to which Plaintiff has responded and Defendants' responses are due August 29, 2025. The Parties have also scheduled seven depositions that will be conducted during the week of September 22, 2025. Given the current status of discovery and the need for record production, and completion of the depositions, the Parties have not yet identified experts. The Parties hope the depositions will yield evidence that will dispense for the need to identify experts prior to the ENE.

Consequently, the Parties respectfully request the date to disclose experts be continued for 30 days, until September 29, 2025, and that rebuttal expert designations be similarly continued from September 30, 2025, until October 30, 2025. Good cause exists for this extension as the Parties are actively engaged in discovery to have a productive ENE. This request is made in good faith and not for the purpose of delay.

Dated this 29th day of August, 2025.

| RAFII & ASSOCIATES, P.C. | FISHER & PHILLIPS LLP |
|---|---|
| */s/Robert Montes* | */s/ Elizabeth Hanson* |
| Rachel Mariner, NV Bar No. 16728 | Elizabeth A. Hanson, NV Bar No. 16249 |
| Jason Kuller, NV Bar No. 12244 | Megan R. U'Sellis (Pro Hac Vice) |
| Roberto Montes, Jr., CA Bar No. 159137 | 300 S. Fourth Street, Suite 1500 |
| 1120 N. Town Center Drive, Ste. 130 | Las Vegas, Nevada 89101 |
| Las Vegas, Nevada 89144 | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | BERRY GLOBAL, INC. AND BERRY |
| JANE DOE | PLASTICS OPCO, INC. |

**For any future extensions, the parties are requested to please follow the format under LR 26-3 and to also include a table with all current and proposed new pretrial deadlines; please include in table any pretrial deadlines not being extended. This makes it easier to track deadlines.**

**ORDER**

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Dated: **September 3, 2025**

2
**STIPULATION TO EXTEND TIME TO DISCLOSE EXPERT WITNESSES**