FISHER & PHILLIPS LLP
MEGAN R. U'SELLIS, ESQ.
(*Admitted Pro Hac Vice*)
220 W. Main Street, Suite 1700
Louisville, KY 40202
ELIZABETH ANNE HANSON, ESQ.
Nevada Bar No. 16249
300 South Fourth Street, Suite 1500
Las Vegas, NV 89101
E-Mail Address:  musellis@fisherphillips.com
E-Mail Address:  ehanson@fisherphillips.com
*Attorneys for Defendant*s

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, an Individual;<br><br>　　　　　Plaintiff,<br>vs.<br>BERRY GLOBAL, INC., and BERRY PLASTICS OPCO, INC., and DOES 1 through 50, inclusive,<br>　　　　　Defendants. | Case No.: 2:25-cv-00449-CDS-MDC<br><br>**STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(FIFTH REQUEST)** |

Plaintiff Jane Doe ("Plaintiff"), by and through her attorneys of record, Robert Montes, Jr. and Ciara Alago, of Rafii & Associates, P.C., and Defendants Berry Global, Inc., and Berry Plastics OPCO, Inc. (collectively "Defendants"), by and through their attorneys of record, Elizabeth A. Hanson, Esq. and Megan R. U'Sellis, Esq., of Fisher & Phillips, LLP, hereby stipulate to extend certain deadlines (as addressed below) in the Stipulated Discovery Plan and Scheduling Order (ECF 17) (the "Order").  This is the fifth stipulation to extend this deadline.

I.  **Discovery Completed to Date**

To date, the parties have exchanged initial disclosures of documents and witnesses pursuant to FRCP 26(a)(1). On July 31, 2025, the Court conducted the Parties' Early Neutral Evaluation ("ENE"). At the ENE, the Court determined that additional discovery was necessary before further settlement discussions could be

1

productive.[1] Since the ENE, the Parties have engaged in discovery including exchanging written discovery. The parties have completed six depositions. Pursuant to this Court's Order dated October 14, 2025 (ECF 46), Plaintiff has completed one expert disclosure to Defendants, and Defendants have disclosed one rebuttal expert witness.

## II.     Reason for This Fifth Request For Extension

The parties have exchanged discovery deficiency letters and have conducted meet and confer on two occasions, the last of which occurred on October 29, 2025. Both parties stipulated that the deficiencies were because of excusable neglect and the Court agreed to modify the current scheduling order for the narrow purpose of completing current pending responses to discovery requests served before the close of discovery (ECF 48). Most of the discovery requests have been satisfied. Plaintiff is continuing to work on production of the following:

A.     All relevant text messages in her possession with an individual known as Wallace Ryan, including associated metadata, or in some complete and chronological format that shows the sender, recipient, time, and date the messages were sent.

B.     Additional information relating to Plaintiff's subsequent employment following her separation from Defendants.

## III.     Proposed Schedule for Dispositive Motions and Joint Pre-trial Order.

|  | Current Deadline | New Deadline |
| --- | --- | --- |
| Dispositive Motions | December 29, 2025 | **January 28, 2026** |
| Joint Pre-Trial Order | January 28, 2026 | **February 27, 2026** |

/ / /

/ / /

/ / /

---

[1] Accordingly, the ENE was continued to October 10, 2025 (ECF 38). The ENE was vacated at a Telephonic Status Conference on October 6, 2025. (ECF 44).

1  This stipulation and order is sought in good faith and not for the purpose of delay and so that
2  Defendants will have the opportunity to review Plaintiff's remaining production in sufficient time before
3  the deadline for dispositive motions.
4  Dated this 15th day of December, 2025.

| RAFII & ASSOCIATES, P.C. | FISHER & PHILLIPS LLP |
|---|---|
| /s/ Robert Montes, Jr. | /s/ Elizabeth Anne Hanson |
| Robert Montes, Jr., Esq. | Megan R. U'Sellis, Esq. |
| Ciara Alago, Esq. | (*Admitted Pro Hac Vice*) |
| 1120 N. Town Center Drive, Suite 130 | Elizabeth Anne Hanson, Esq. |
| Las Vegas, NV 89144 | 300 South 4th Street, Suite 1500 |
| *Attorneys for Plaintiff* | Las Vegas, NV 89101 |
|  | *Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Dated: December 16, 2025

3