FISHER & PHILLIPS LLP
MEGAN R. U'SELLIS (*Admitted Pro Hac Vice*)
220 W. Main Street, Suite 1700
Louisville, KY  40202
Telephone: (502) 561-3963
E-Mail Address:  musellis@fisherphillips.com

ELIZABETH ANNE HANSON, ESQ.
Nevada Bar No. 16249
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address:  ehanson@fisherphillips.com

*Attorneys for Defendant*s

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, an Individual;<br><br>Plaintiff<br><br>v.<br><br>BERRY GLOBAL, INC., and BERRY PLASTICS OPCO, INC., and DOES 1 through 50, inclusive,<br><br>Defendants | Case No.: 2:25-cv-00449-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)**<br><br>[ECF No. 60] |

The parties, by and through their respective counsel, hereby stipulate to extend the time within which Defendants may reply to Plaintiff's Memorandum in Opposition to Motion for Summary Judgment (ECF No. 58), up to and including May 4, 2026. Defendants' Motion for Summary Judgment (ECF No. 55) was filed March 27, 2026. The extension is requested because Plaintiff filed a Notice of Errata Pursuant to FRCP 5 and LR IC 2-2(H) (ECF No. 59) on April 20, 2026, and this extension provides Defendants with fourteen (14) days from the date of this filing to file their Reply to the same.  This is the first request for an extension.

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

This stipulation and order is sought in good faith and not for the purpose of delay

Dated this 23rd day of April 2026.

RAFII & ASSOCIATES, P.C.                    FISHER & PHILLIPS LLP


/s/ Rachel Mariner                          /s/ Elizabeth Anne Hanson
Rachel Mariner, Esq.                        Megan R. U'Sellis, Esq.
Robert Montes, Jr., Esq.                    (Admitted Pro Hac Vice)
Ciara Alago, Esq.                           Elizabeth Anne Hanson, Esq.
1120 N. Town Center Drive, Suite 130        300 South 4th Street, Suite 1500
Las Vegas, NV  89144                        Las Vegas, NV  89101
Attorneys for Plaintiff                     Attorneys for Defendants


IT IS SO ORDERED:


_____
UNITED STATES DISTRICT JUDGE

Dated:  April 23, 2026